United States District Court
Southern District of Ohio

## Related Case Memorandum
## Civil Cases

**TO:** Judge Watson, Chief Judge Marbley, Magistrate Judge Jolson

**FROM:** Taylor Adams, Case Administrator

**DATE:** May 31, 2022

**SUBJECT:** Case Caption: Abdur-Rahim et al. v. The City of Columbus et al.

**CASE:** Case Number: Doc. 2:22-cv-2286

**DISTRICT JUDGE:** Judge Watson / Magistrate Judge Jolson

File Date: 5/27/2022

This memorandum is to notify you that the civil cover sheet on the above referenced case reflects the following alleged related case(s):

**Related Case(s):**

Case Caption: Williams et al. v. The City of Columbus

Case Number: Doc. 2:22-cv-1831      District Judge: Watson

File Date: 03/30/2022      Magistrate Judge: Jolson


**Related Case(s):**

Case Caption: Alsaada et al. v City of Columbus et al.

Case Number: 2:20-cv-3431      District Judge: Marbley

File Date: 07/08/2020      Magistrate Judge: Jolson

Memo Re: Related Civil Cases
Page 2

The District Judges having conferred, we respond to Case Administrator  __Taylor Adams__
as follows:

**Judges' Response:**

☐ We agree that the cases are **not** related and that the subject case should remain with the Judge to whom it is assigned.

☑ We agree that the cases **are** related and that the subject case should be transferred to the docket of Judge __Marbley__

☐ We agree that although the cases **are** related, the subject case nevertheless should remain with the Judge to whom it was assigned.

☐ We are unable to agree and will accept any decision made by the Chief Judge.

☐ I am the Judge on both/all of the listed cases and have determined that the cases are **not** related.

☐ I am the Judge on both/all of the listed cases and have determined that the cases **are** related and they shall both/all remain on my docket.

☐ Other Direction of Judge: _____

_____
[signature: Michael H. Watson]
United States District Judge

_____
[signature: Algenon L. Marbley]
United States District Judge

_____
United States District Judge


Cc: Courtroom Deputies

Revised 7/19/2012