**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION**

**ELLEN HANA ABDUR-RAHIM, et al.,**

        **Plaintiffs,**

    vs.                                              Civil Action 2:22-cv-2286
                                                             Chief Judge Algenon L. Marbley
                                                             Magistrate Judge Jolson

**THE CITY OF COLUMBUS, et al.,**

        **Defendants.**

**NOTICE**

**PROCEEDING:**        **PRELIMINARY PRETRIAL CONFERENCE**

**PLACE:**                      **VIA TELECONFERENCE**
                                      Jos. P. Kinneary U.S. Courthouse
                                      85 Marconi Blvd., R-200
                                      Columbus, OH 43215

**DATE/TIME:**              **August 23, 2022 @ 11:30 a.m.**

**PLEASE NOTE:**

      1. The report required by Rule 26(f) of the Federal Rules of Civil Procedure must be filed no fewer than seven (7) days prior to the pretrial conference. The required form can be found on the Court's website, www.ohsd.uscourts.gov. Click on AForms@ and then select ARule 26(f) Report of the Parties (Eastern Division Only).@ **Please Note: The Rule 26(f) Report for the Eastern Division has changed. Please ensure that you are using the correct form.**

      2. The Eastern Division General Order on Pretrial Conference can also be found on the Court's website.

      3. Parties or principals represented by counsel are welcome, but not required, to attend the conference. Individuals not represented by counsel must participate.

      4. Questions or concerns should be directed to chambers at 614-719-3470.


August 5, 2022                                                           *s/Jessica Rector*
                                                                     Jessica Rector, Courtroom Deputy to
                                                                     Magistrate Judge Kimberly A. Jolson