**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

**Ellen Hana Abdur-Rahim, et al.,**

        **Plaintiffs,**

                                          **Civil Action No: 2:22-cv-2286**
    **v.**                                  **Judge Algenon L. Marbley**
                                **Magistrate Judge Kimberly A. Jolson**

**The City of Columbus, et al. ,**

        **Defendant.**

**RULE 26(f) REPORT**

        Pursuant to Federal Rule of Civil Procedure 26(f), a meeting was held on <u>August 12, 2022</u> and was attended by:

<u>Brian R. Noethlich</u>, counsel for plaintiff(s)_____,

<u>Alana V. Tanoury</u>, counsel for defendant(s)_____,

<u>Westley M. Phillips</u>, counsel for defendant(s)_____,

<u>Sheena D. Rosenberg</u>, counsel for defendant(s)_____,

Counsel represent that, during the meeting, they engaged in a meaningful attempt to meet and confer on the matters outlined below.

1.    <u>CONSENT TO MAGISTRATE JUDGE</u>

Do the parties consent to Magistrate Judge jurisdiction pursuant to 28 U.S.C. § 636(c)?

_____Yes    **X**___No

2.    <u>INITIAL DISCLOSURES</u>

Have the parties agreed to make initial disclosures?

**X**___Yes    _____No    _____The proceeding is exempt under Rule 26(a)(1)(B)

If yes, such initial disclosures shall be made by **October 31, 2022**.

3.      VENUE AND JURISDICTION

Are there any contested issues related to venue or jurisdiction?

_____Yes      **X**___No

If yes, describe the issue:


If yes, the parties agree that any motion related to venue or jurisdiction shall be filed by
_____.

4.      PARTIES AND PLEADINGS

    a.    The parties agree that any motion or stipulation to amend the pleadings or to join
        additional parties shall be filed by **12/31/2022**.

    b.    If the case is a class action, the parties agree that the motion for class certification shall be
        filed by_____.

5.      MOTIONS

    a.    Are there any pending motion(s)?

        _____Yes      **X**___No

        If yes, indicate which party filed the motion(s), and identify the motion(s) by name and
        docket number:

    b.    Are the parties requesting expedited briefing on the pending motion(s)?

        _____Yes      **X**___No

        If yes, identify the proposed expedited schedule:

        Opposition to be filed by_____; Reply brief to be filed by_____.

6.      ISSUES

Jointly provide a brief description of case, including causes of action set forth in the complaint,
and indicate whether there is a jury demand:

**This action alleges that Columbus Police Officers and the City of Columbus committed
common law torts and violated Plaintiffs' constitutional rights by using excessive force
and unlawfully retaliating against them during the George Floyd protests starting in
May of 2020 in Columbus, Ohio. Plaintiffs have demanded a trial by jury.**

**Defendants deny that they committed common law torts and/or violated Plaintiffs'
constitutional rights.  Defendants have also demanded a trial by jury.**

7.    DISCOVERY PROCEDURES

a.    The parties agree that all fact discovery shall be  completed by **8/15/2023** .    The    parties
agree to schedule their discovery in such a way as to require all responses to discovery to
be served prior to the cut-off date, and to file any motions relating to discovery within the
discovery period unless it is impossible or impractical to do so. If the parties are unable to
reach an agreement on any matter related to discovery, they are directed to arrange a
conference with the Court. To initiate a telephone conference, counsel are directed to join
together on one line and then call the Magistrate Judge's chambers or provide the Court with
a call -in number.

b.    Do the parties anticipate the production of ESI?  **X**      Yes_____No

If yes, describe the protocol for such production:  **The parties will cooperate in
formulating an ESI protocol, if necessary, and will promptly raise any issues with the
Court.**

c.    Do the parties intend to seek a protective order or clawback agreement? **Yes.**

If yes, such order or agreement shall be produced to the Court by  **9/15/2022**  .

8.    DISPOSITIVE MOTIONS

a.    Any dispositive motions shall be filed by **February 15, 2024**      .

b.    Are the parties requesting expedited briefing on dispositive motions?

_____Yes     **X**    No

If yes, identify the proposed expedited schedule:

Opposition to be filed by_____; Reply brief to be filed by_____

9.    EXPERT TESTIMONY

a.    Primary expert reports must be produced by **9/30/2023**  .

b.    Rebuttal expert reports must be produced by **11/30/2023** .

c.
Expert discovery period. **The parties may conduct expert depositions up to December 30,
2023.**

3

10.     SETTLEMENT

Plaintiff(s) will a make a settlement demand by **9/30/2023**        . Defendant will respond by
 **11/30/2023**  . The parties agree to make a good faith effort to settle this case. The parties understand
that this case will be referred to an attorney mediator, or to the Magistrate Judge, for a settlement
conference. The Court refers cases to settlement throughout the year. The parties request the
following month and year:

**December          2023**

In order for the conference to be meaningful, the parties agree to complete all discovery that may
affect their ability to evaluate this case prior to the settlement conference. The parties understand
that they will be expected to comply fully with the settlement conference orders which require, *inter
alia*, that settlement demands and offers be exchanged prior to the conference and that principals
of the parties attend the conference.

11.     RULE 16 PRETRIAL CONFERENCE

Do the parties request a scheduling conference?

_____Yes, the parties would like a conference with the Court prior to it issuing a scheduling
order.   The parties request that the conference take place _____ in chambers_____by
telephone.

**X**____ No, a conference is not necessary; the Court may issue a scheduling order after
considering this Report.

12.     OTHER MATTERS

Indicate any other matters for the Court's consideration:

**The parties agree that Plaintiffs' counsel will submit their fees and costs to defendants on a
quarterly basis starting on September 30, 2022.**

Signatures:

Attorney for Plaintiff(s):                                      Attorney for Defendant(s):

*/s/ Brian R. Noethlich*                                        */s/ Alana Valle Tanoury (per authority)*
Brian R. Noethlich (0086933)                                   Alana Valle Tanoury (0092265)
Sanford A. Meizlish (0002620)                                  Westley M. Phillips (0077728)
Jason C. Cox (0095169)                                         Sheena D. Rosenberg (0088137)
Robert E. DeRose (0055214)                                     Alexandra N. Pickerill (0096758)
Barkan Meizlish DeRose Cox, LLP                                CITY OF COLUMBUS, DEPARTMENT OF LAW
4200 Regent Street Suite 210                                   77 North Front Street
Columbus, OH 43219                                             Columbus, OH 43215
PH: 614-221-4221                                               PH: 614-645-7385
FAX:  614-744-2300                                             FAX: 614-645-6949
bnoethlich@barkanmeizlish.com                                  avtanoury@columbus.gov
*Attorney for Plaintiffs*                                      wmphillips@columbus.gov
                                                               sdosenberg@columbus.gov
                                                               anpickerill@columbus.gov
                                                               *Attorneys for Defendants*