**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| | |
|---|---|
| ELLEN HANA ADBUR-RAHIM, et al. | CASE NO. 2:22-cv-2286 |
| Plaintiffs | CHIEF JUDGE ALGENON L. MARBLEY |
| | MAGISTRATE KIMBERLY A. JOLSON |
| v. | |
| THE CITY OF COLUMBUS, et al., | |
| Defendants. | |

**STIPULATION OF DISMISSAL OF PLAINTIFF TANYA BILS'S CLAIMS AGAINST ALL DEFENDANTS WITH PREJUDICE**

Plaintiff Tanya Bils, by counsel, and Defendants The City of Columbus, Thomas Quinlan, and Matthew Hauser (collectively, "Defendants"), by counsel, stipulate under Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, that all claims alleged by Plaintiff Bils against Defendants are dismissed with prejudice.

Dated: May 10, 2023

| | |
|---|---|
| */s/ Brian R. Noethlich* | */s/ Westley M. Phillips (per authority)* |
| Brian R. Noethlich (0086933) | Alana Valle Tanoury (0092265) |
| Sanford A. Meizlish (0002620) | Westley M. Phillips (0077728) |
| Jason C. Cox (0095169) | Sheena D. Rosenberg (0088137) |
| Robert E. DeRose (0055214) | Alexandra N. Pickerill (0096758) |
| Barkan Meizlish DeRose Cox, LLP | CITY OF COLUMBUS, DEPARTMENT OF LAW |
| 4200 Regent Street Suite 210 | 77 North Front Street |
| Columbus, OH 43219 | Columbus, OH 43215 |
| PH: 614-221-4221 | PH: 614-645-7385 |
| FAX: 614-744-2300 | FAX: 614-645-6949 |
| bnoethlich@barkanmeizlish.com | avtanoury@columbus.gov |
| *Attorney for Plaintiffs* | wmphillips@columbus.gov |
| | sdosenberg@columbus.gov |
| | anpickerill@columbus.gov |
| | *Attorneys for Defendants* |

1

## **CERTIFICATE OF SERVICE**

      I certify that a copy of the foregoing was served this 10th day of May, 2023, by the Court's ECF system under Fed. R. Civ. P. 5(b)(2)(E) and S.D. Ohio Civ. R. 5.2 upon the following counsel for Defendants:

Alana Valle Tanoury (0092265)
Westley M. Phillips (0077728)
Sheena D. Rosenberg (0088137)
Alexandra N. Pickerill (0096758)
CITY OF COLUMBUS, DEPARTMENT OF LAW

avtanoury@columbus.gov
wmphillips@columbus.gov
sdosenberg@columbus.gov
anpickerill@columbus.gov
*Attorneys for Defendants*

                                          */s/ Brian R. Noethlich*
                                          Brian R. Noethlich (0086933)