# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| ELLEN HANA ABDUR-RAHIM, et al., | |
| Plaintiffs, | Case No. 2:22-cv-2286 |
| v. | Chief Judge Algenon L. Marbley |
| CITY OF COLUMBUS, et al., | Magistrate Judge Kimberly A. Jolson |
| Defendants. | |

## NOTICE OF VIDEOTAPED DEPOSITION OF ELIZABETH ANDROMEDA

Please take notice that the Defendants in the above-styled case, pursuant to Fed. R. Civ. P. 30, will take the deposition upon oral examination before a court reporter of Plaintiff Elizabeth Andromeda on Thursday, March 21, 2024, at 12:00 p.m. at the law offices of Barkan Meizlish DeRose Cox, LLP, 4200 Regent Street, Suite 210, Columbus, Ohio 43219. The deposition shall be taken stenographically, conducted under the supervision of an officer who is authorized to administer an oath, and will be video recorded. Said deposition is for discovery purposes and will continue from day to day until completed.

Respectfully submitted,

/s/ Sheena D. Rosenberg
Alana V. Tanoury (0092265) – Lead
Westley M. Phillips (0077728)
Sheena D. Rosenberg (0088137)
Alexandra N. Pickerill (0096758)
Dexter W. Dorsey (0097657)
CITY OF COLUMBUS, DEPARTMENT OF LAW
77 N. Front Street, Columbus, Ohio 43215
(614) 645-7385 / (614) 645-6949 (fax)

avtanoury@columbus.gov
wmphillips@columbus.gov
sdrosenberg@columbus.gov
anpickerill@columbus.gov
dwdorsey@columbus.gov

Attorneys for Defendants

**CERTIFICATE OF SERVICE**

I hereby certify that, on **February 5, 2024,** I electronically filed the foregoing with the Clerk of this Court by using the Court's CM/ECF System. Copies will be served upon counsel of record by, and may be obtained through, the Court's CM/ECF System.

/s/ Sheena D. Rosenberg
Sheena D. Rosenberg (0088137)