IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| ELLEN HANA ABDUR-RAHIM, et al., | |
| Plaintiffs, | Case No. 2:22-cv-2286 |
| v. | Judge Algenon L. Marbley |
| CITY OF COLUMBUS, et al., | Magistrate Judge Kimberly A. Jolson |
| Defendants. | |

**JOINT STATUS REPORT**

Plaintiffs and Defendants jointly provide the following status report regarding discovery. Since December 10, 2024, Defendants have taken six (6) depositions. Defendants also scheduled Sara Ford's deposition for February 12, 2025, her first availability. The parties are continuing to work together to schedule the remaining depositions and to schedule a private mediation.

Respectfully Submitted,

/s/ Brian R. Noethlich *per email authorization*
Brian R. Noethlich (0086933)
Jacob A. Mikalov (0102121)
Sanford A. Meizlish (0002620)
Jason C. Cox (0095169)
Robert E. DeRose (0055214)
Barkan Meizlish DeRose Cox, LLP
4200 Regent Street, Suite 210
Columbus, Ohio 43219
Phone: (614) 221-4221
Fax: (614) 744-2300
bnoethlich@barkanmeizlish.com
jmikalov@barkanmeizlish.com
smeizlish@barkanmeizlish.com
jcox@barkanmeizlish.com
bderose@barkanmeizlish.com

/s/ Alana Valle Tanoury
Alana Valle Tanoury (0092265)
Westley M. Phillips (0077728)
Sheena D. Rosenberg (0088137)
Alexandra N. Pickerill (0096758)
Dexter W. Dorsey (0097657)
Sarah N. Feldkamp (0099464)
CITY OF COLUMBUS, DEPARTMENT OF LAW
77 N. Front Street
Columbus, Ohio 43215
Phone: (614) 645-7385
Fax: (614) 645-6949
avtanoury@columbus.gov
wmphillips@columbus.gov
sdosenberg@columbus.gov
anpickerill@columbus.gov

*Attorneys for Plaintiffs*

dwdorsey@columbus.gov
snfeldkamp@columbus.gov
*Attorneys for Defendants*

**CERTIFICATE OF SERVICE**

  I hereby certify that, on **December 19, 2024,** I electronically filed the foregoing with the Clerk of this Court by using the Court's CM/ECF System. Copies will be served upon counsel of record by, and may be obtained through, the Court's CM/ECF System.

/s/ Alana V. Tanoury
Alana V. Tanoury (0092265)