# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF OHIO
### EASTERN DIVISION

| | |
|---|---|
| ELLEN HANA ABDUR-RAHIM, et al., | |
| Plaintiffs, | Case No. 2:22-cv-2286 |
| v. | Judge Algenon L. Marbley |
| CITY OF COLUMBUS, et al., | Magistrate Judge Kimberly A. Jolson |
| Defendants. | |

## JOINT STATUS REPORT

Plaintiffs and Defendants jointly provide the following status report regarding discovery. The parties have completed discovery. The parties have a mediation conference scheduled with Frank Ray on March 31, 2025.

Respectfully Submitted,

/s/ Brian R. Noethlich (per email authority)
Brian R. Noethlich (0086933)
Jacob A. Mikalov (0102121)
Sanford A. Meizlish (0002620)
Jason C. Cox (0095169)
Robert E. DeRose (0055214)
Barkan Meizlish DeRose Cox, LLP
4200 Regent Street, Suite 210
Columbus, Ohio 43219
Phone: (614) 221-4221
Fax: (614) 744-2300
bnoethlich@barkanmeizlish.com
jmikalov@barkanmeizlish.com
smeizlish@barkanmeizlish.com
jcox@barkanmeizlish.com
bderose@barkanmeizlish.com
*Attorneys for Plaintiffs*

/s/ Alana Valle Tanoury
Alana Valle Tanoury (0092265)
Westley M. Phillips (0077728)
Sheena D. Rosenberg (0088137)
Alexandra N. Pickerill (0096758)
Dexter W. Dorsey (0097657)
Sarah N. Feldkamp (0099464)
CITY OF COLUMBUS, DEPARTMENT OF LAW
77 N. Front Street
Columbus, Ohio 43215
Phone: (614) 645-7385
Fax: (614) 645-6949
avtanoury@columbus.gov
wmphillips@columbus.gov
sdosenberg@columbus.gov
anpickerill@columbus.gov
dwdorsey@columbus.gov
snfeldkamp@columbus.gov

*Attorneys for Defendants*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that, on **February 20, 2025,** I electronically filed the foregoing with the Clerk of this Court by using the Court's CM/ECF System. Copies will be served upon counsel of record by, and may be obtained through, the Court's CM/ECF System.

/s/ Alana V. Tanoury
Alana V. Tanoury (0092265)