# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| ELLEN HANA ABDUR-RAHIM, et al., | |
| Plaintiffs, | Case No. 2:22-cv-2286 |
| v. | Judge Algenon L. Marbley |
| CITY OF COLUMBUS, et al., | Magistrate Judge Kimberly A. Jolson |
| Defendants. | |

## JOINT STATUS REPORT

Plaintiffs and Defendants jointly provide the following status report. The parties participated in a mediation on March 31, 2025, and reached an agreement to settle this case in its entirety. The parties are currently working to finalize a Settlement Agreement and Release, which will be contingent upon approval by Columbus City Council. If Columbus City Council approves the settlement, Plaintiffs will dismiss their claims with prejudice upon receipt of the settlement payment. The parties anticipate that this process will take approximately 60 days.

Respectfully Submitted,

| | |
|---|---|
| /s/ Brian R. Noethlich (per email auth.) | /s/ Alana Valle Tanoury |
| Brian R. Noethlich (0086933) | Alana Valle Tanoury (0092265) |
| Jacob A. Mikalov (0102121) | Westley M. Phillips (0077728) |
| Sanford A. Meizlish (0002620) | Sheena D. Rosenberg (0088137) |
| Jason C. Cox (0095169) | Alexandra N. Pickerill (0096758) |
| Robert E. DeRose (0055214) | Sarah N. Feldkamp (0099464) |
| Barkan Meizlish DeRose Cox, LLP | CITY OF COLUMBUS, DEPARTMENT OF LAW |
| 4200 Regent Street, Suite 210 | |
| Columbus, Ohio 43219 | 77 N. Front Street |
| Phone: (614) 221-4221 | Columbus, Ohio 43215 |
| Fax: (614) 744-2300 | Phone: (614) 645-7385 |

| | |
|---|---|
| bnoethlich@barkanmeizlish.com | Fax: (614) 645-6949 |
| jmikalov@barkanmeizlish.com | avtanoury@columbus.gov |
| jcox@barkanmeizlish.com | wmphillips@columbus.gov |
| bderose@barkanmeizlish.com | sdosenberg@columbus.gov |
| *Attorneys for Plaintiffs* | anpickerill@columbus.gov |
| | snfeldkamp@columbus.gov |
| | *Attorneys for Defendants* |

## CERTIFICATE OF SERVICE

I hereby certify that, on **April 7, 2025,** I electronically filed the foregoing with the Clerk of this Court by using the Court's CM/ECF System. Copies will be served upon counsel of record by, and may be obtained through, the Court's CM/ECF System.

/s/ Alana V. Tanoury
Alana V. Tanoury (0092265)