# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| ELLEN HANA ABDUR-RAHIM, et al., | |
| Plaintiffs, | Case No. 2:22-cv-2286 |
| v. | Judge Algenon L. Marbley |
| CITY OF COLUMBUS, et al., | Magistrate Judge Kimberly A. Jolson |
| Defendants. | |

## JOINT STATUS REPORT

Plaintiffs and Defendants jointly provide the following status report. Plaintiffs executed the Settlement Agreement and Release and provided it to the City of Columbus ("City") on Thursday, June 5, 2025. The City is required to submit the executed Settlement Agreement and Release to Columbus City Council for its approval before the City can make the Settlement Payment. Assuming Columbus City Council approves the Settlement Agreement and Release, the City anticipates that the Settlement Payment will be made within the next 60 days. Once Plaintiffs receive the Settlement Payment, they will dismiss this lawsuit with prejudice.

Respectfully Submitted,

| | |
|---|---|
| /s/ Brian R. Noethlich (per email auth.) | /s/ Alana Valle Tanoury |
| Brian R. Noethlich (0086933) | Alana Valle Tanoury (0092265) |
| Jacob A. Mikalov (0102121) | Westley M. Phillips (0077728) |
| Sanford A. Meizlish (0002620) | Sheena D. Rosenberg (0088137) |
| Jason C. Cox (0095169) | Alexandra N. Pickerill (0096758) |
| Robert E. DeRose (0055214) | Sarah N. Feldkamp (0099464) |
| Barkan Meizlish DeRose Cox, LLP | CITY OF COLUMBUS, DEPARTMENT OF LAW |
| 4200 Regent Street, Suite 210 | |
| Columbus, Ohio 43219 | 77 N. Front Street |

| | |
|---|---|
| Phone: (614) 221-4221 | Columbus, Ohio 43215 |
| Fax: (614) 744-2300 | Phone: (614) 645-7385 |
| bnoethlich@barkanmeizlish.com | Fax: (614) 645-6949 |
| jmikalov@barkanmeizlish.com | avtanoury@columbus.gov |
| jcox@barkanmeizlish.com | wmphillips@columbus.gov |
| bderose@barkanmeizlish.com | sdosenberg@columbus.gov |
| *Attorneys for Plaintiffs* | anpickerill@columbus.gov |
| | snfeldkamp@columbus.gov |
| | *Attorneys for Defendants* |

## **CERTIFICATE OF SERVICE**

I hereby certify that, on **June 9, 2025,** I electronically filed the foregoing with the Clerk of this Court by using the Court's CM/ECF System. Copies will be served upon counsel of record by, and may be obtained through, the Court's CM/ECF System.

/s/ Alana V. Tanoury
Alana V. Tanoury (0092265)